

# Fourth Court of Appeals
## San Antonio, Texas

Thursday, February 26, 2015

No. 04-14-00915-CR

Adan **FLORES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2014CRS000311-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The final volumes of the reporter's record were filed on February 20, 2015. Appellant's brief is therefore due on **March 23, 2015**. *See* TEX. R. APP. P. 38.6 (requiring the appellant to file a brief within 30 days after the later of the date the clerk's record or reporter's record was filed). Appellant's motion seeking extensions of time to file the reporter's record and his brief is DENIED AS MOOT.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court